Roberto **FELIX**, Petitioner–Appellant,

v.

**D.G. ADAMS, Warden, Respondent–Appellee.**

No. 06–55097.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

Roberto Felix, Corcoran, CA, pro se.

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellant.

Marc Aaron Kohm, Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

## MEMORANDUM **

California state prisoner Roberto Felix appeals from the district court's judgment denying as untimely his habeas petition under 28 U.S.C. § 2254. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review de novo, *Laws v. Lamarque*, 351 F.3d 919, 922 (9th Cir.2003), and we affirm.

Felix contends that his allegations in response to the State's motion to dismiss his § 2254 petition were legally sufficient to entitle him to a hearing on the issue of equitable tolling. We disagree. As the magistrate judge observed, "while imprisoned at Corcoran in 2003, petitioner was able to file a detailed habeas corpus petition in the California Supreme Court, and such petition is virtually identical to" the § 2254 petition he filed in the district court. Nevertheless, the record indicates that Felix waited more than a year after the California Supreme Court denied his state habeas petition before he filed his § 2254 petition. Accordingly, we conclude that Felix was not "pursuing his rights diligently" and is therefore not entitled to equitable tolling. *See Pace v. DiGugliel-*

mo, 544 U.S. 408, 418, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

